Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
402 W. Broadway, Suite 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff/cross-defendant
United Financial Casualty Company

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Financial Casualty Company;<br><br>   Plaintiff,<br><br>   v.<br><br>Black Diamond Asphalt, Inc.; Polar Corporation; Polar Tank Trailer LLC; The Reed Leasing Group LLC; Raymond Myers; Desiree Myers; and Kinsale Insurance Company;<br><br>   Defendants. | Case No. 2:15-cv-02669-MCE-EFB<br><br>**Stipulation and Order re Dismissal of Defendants Polar Corporation and Polar Tank Trailer LLC** |
| Black Diamond Asphalt, Inc.;<br><br>   Cross-Claimant,<br><br>   v.<br><br>United Financial Casualty Company; and Kinsale Insurance Company;<br><br>   Cross-Defendants. | |

**Stipulation**

Plaintiff United Financial Casualty Company ("UFCC") and defendants Polar Corporation and Polar Tank Trailer LLC stipulate to the following:

1. UFCC dismisses the complaint, without prejudice, against defendants Polar Corporation and Polar Tank Trailer LLC; and

2. UFCC and defendants Polar Corporation and Polar Tank Trailer LLC will each bear its own attorney's fees and costs.

**Request for Order of Dismissal**

Accordingly, UFCC and defendants Polar Corporation and Polar Tank Trailer LLC request an order dismissing the complaint, without prejudice, against defendants Polar Corporation and Polar Tank Trailer LLC.

April 5, 2016

Respectfully submitted,

By: */s/ Patrick M. Howe*
Patrick M. Howe
Attorney for plaintiff/cross-defendant
United Financial Casualty Company
*pat@patrickhowelaw.com*

April 5, 2016

Lewis Brisbois Bisgaard & Smith LLP

By: */s/ William F. Horsey*
William F. Horsey
Attorneys for defendants Polar Corporation and Polar Tank Trailer LLC
*william.horsey@lewisbrisbois.com*

(Signature authorized on 3/31/16)

**Order**

Based on the stipulation of the parties, and good cause appearing, the court dismisses UFCC's complaint as against defendants Polar Corporation and Polar Tank Trailer LLC, without prejudice.  UFCC's complaint remains pending against Defendant Black Diamond Asphalt, Inc.

IT IS SO ORDERED.

Dated:  April 5, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT