Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
402 W. Broadway, Suite 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff/cross-defendant
United Financial Casualty Company

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Financial Casualty Company;<br><br>    Plaintiff,<br><br>  v.<br><br>Black Diamond Asphalt, Inc.; Polar Corporation; Polar Tank Trailer LLC; The Reed Leasing Group LLC; Raymond Myers; Desiree Myers; and Kinsale Insurance Company;<br><br>    Defendants. | Case No. 2:15-cv-02669-MCE-DB<br><br>**Stipulation Between United Financial Casualty Company and Black Diamond Asphalt, Inc. to Dismiss Portions of Complaint and of Cross-Claim; Order Thereon** |
| Black Diamond Asphalt, Inc.;<br><br>    Cross-Claimant,<br><br>  v.<br><br>United Financial Casualty Company; and Kinsale Insurance Company;<br><br>    Cross-Defendants. | |

## Stipulation

Plaintiff /cross-defendant United Financial Casualty Company ("UFCC") and defendant/cross-claimant Black Diamond Asphalt, Inc. ("Black Diamond") stipulate to the dismissal, with prejudice, of the following:

1. UFCC's complaint (Dkt. 1) as against Black Diamond, only; and

2. Black Diamond's cross-claim (Dkt. 8) as against UFCC, only.

| | |
|---|---|
| August 19, 2016 | Respectfully submitted, |
| | By: */s/ Patrick M. Howe* <br> Patrick M. Howe <br> Attorney for plaintiff/cross-defendant <br> United Financial Casualty Company <br> *pat@patrickhowelaw.com* |
| August 19, 2016 | Anderson & Poole, P.C. <br><br> By: */s/ Deborah L. Goodman* <br> Deborah L. Goodman <br> Attorneys for defendant/cross-claimant Black Diamond Asphalt, Inc. <br> *dgoodman@adplaw.com* <br><br> (Signature authorized on 8/10/16) |

## Order

Based on the stipulation of the parties, and good cause appearing, the court orders as follows:

1. UFCC's complaint (Dkt. 1) is dismissed, with prejudice, as against Black Diamond, only; and

2. Black Diamond's cross-claim (Dkt. 8) is dismissed, with prejudice, as against UFCC, only.

IT IS SO ORDERED.

Dated: August 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Stipulation to Dismiss Portions of Complaint and Cross-Claim; Order Thereon* – 3