Susan F. Halman, State Bar No. 111511
Nancy J. Strout, State Bar No. 121096
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:   shalman@selvinwraith.com
          nstrout@selvinwraith.com

Attorneys for Defendant and Cross-Defendant,
KINSALE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>BLACK DIAMOND ASPHALT, INC.; POLAR CORPORATION; POLAR TANK TRAILER LLC; THE REED LEASING GROUP LLC; RAYMOND MYERS; DESIREE MYERS; and KINSALE INSURANCE COMPANY,<br><br>            Defendants. | CASE NO.: 2:15-cv-02669-MCE-EFB<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: December 24, 2015 |
| BLACK DIAMOND ASPHALT, INC.,<br><br>            Cross-Claimant,<br><br>     v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, KINSALE INSURANCE COMPANY,<br><br>            Cross-Defendants. | Cross-Claim Filed: February 16, 2016 |

Based on the stipulation of the parties, and good cause appearing, the court orders as follows:

   1.   United Financial Casualty Company's Complaint (Dkt. 1) against Kinsale is dismissed

1

Order                                                                                            CASE NO.: 2:15-cv-02669-MCE-EFB

with prejudice;

    2.    Black Diamond Asphalt, Inc.'s Cross-Claim (Dkt. 8) against Kinsale is dismissed with prejudice;

    3.    Each party shall bear its own costs; and

    4.    The entire action is dismissed with prejudice.

    5.    The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

Dated:  September 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE